## (December 7, 1938.)

· In the Matter of JEROME O. ELLIS, Admitted as an Attorney as JEROME ELLIS, Respondent.— Motion granted. Petitioner will furnish respondent on Thursday, December 8, 1938, with a copy of the minutes of testimony taken before Mr. Justice Hooley and appearing at pages 658 to 662, inclusive, on condition that respondent file his answer on Friday, December 9, 1938. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

## (December 9, 1938.)

HARRY COHEN, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Davis, Adel, Taylor and Close, JJ.

SINCLAIR REFINING COMPANY, Respondent, v. SCHILDKRAUT MOTOR SALES, INC., Defendant; SOL SCHILDKRAUT, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Davis, Adel, Taylor and Close, JJ.

JACOB TELLER, Respondent, v. PROSPECT HEIGHTS HOSPITAL, Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ. [See ante, p. 488.]

AGNES AANENSEN, an Infant over the Age of Fourteen Years, by JOHN MURPHY, Her Guardian ad Litem, and ELIZABETH AANENSEN, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant, and MICHAEL SATTI, Defendant. — Action to recover damages for personal injuries sustained by the infant plaintiff through the alleged negligence of the defendant in the operation of a trolley car and for damages to the plaintiff mother for loss of services, etc. The issues were tried and submitted to a jury, which rendered a verdict in favor of the defendant in the infant's action and in favor of the plaintiff in the mother's action. Defendant appeals from the order made by the trial court setting aside the verdict and granting a new trial. Order affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.